United States District Court
Southern District of Texas
**ENTERED**
July 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOEL TEMBENG MUKONG, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-05352 |
| | § | |
| MARTIN FRINK, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Based on the representations of the parties that Petitioner Joel Tembeng Mukong

has been released and that this case may be closed, it is hereby **ORDERED** that this case

is **DISMISSED**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this _____28th_____ day of July 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

1 / 1